

Certificate Number: 14912-NJ-DE-030439305

Bankruptcy Case Number: 17-35354

14912-NJ-DE-030439305

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 16, 2018</u>, at <u>8:28</u> o'clock <u>PM EST</u>, <u>Luis Burgos</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>January 16, 2018</u>              By:     <u>/s/Jai Bhatt</u>

                                        Name:   <u>Jai Bhatt</u>

                                        Title:  <u>Counselor</u>