**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−35354−CMG | **DATE FILED::** 12/18/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Luis Vicente Burgos<br>xxx−xx−1973 | ADDRESS OF DEBTOR(S):<br><br>146 Porter Avenue<br>Bergenfield, NJ 07621 |
| DEBTOR'S ATTORNEY:<br>Luis Vicente Burgos<br>146 Porter Avenue<br>Bergenfield, NJ 07621 | TRUSTEE:<br>Daniel E Straffi<br>Straffi & Straffi, LLC<br>670 Common Way<br>Toms River, NJ 08755<br>732−341−3800 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

7/10/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: April 13, 2018                     FOR THE COURT
                                          Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 17-35354-CMG
Luis Vicente Burgos                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 1      Date Rcvd: Apr 13, 2018
                               Form ID: noa             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db             #+Luis Vicente Burgos,    146 Porter Avenue,    Bergenfield, NJ 07621-3218
517234579       +Chase Card/ Line of Credit,    PO Box 15298,    Wilmington, DE 19850-5298
517234576       +Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
517234580       +Sears/CNBA,    PO Box 6282,    Sioux Falls, SD 57117-6282
517234582       +Universal CD CBNA ATT,    PO Box 6241,    Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QDESTRAFFI.COM Apr 14 2018 01:58:00      Daniel E Straffi,    Straffi & Straffi, LLC,
                 670 Common Way,    Toms River, NJ 08755-6431
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2018 22:13:24      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2018 22:13:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517234577        EDI: BANKAMER.COM Apr 14 2018 02:03:00      Bank of America,    PO Box 982238,
                 El Paso, TX   79998
517234578       +EDI: CAPITALONE.COM Apr 14 2018 02:03:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
517261726       +EDI: RMSC.COM Apr 14 2018 02:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517234581       +EDI: CITICORP.COM Apr 14 2018 02:03:00      The Home Depot,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 7

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Daniel E Straffi,    Straffi & Straffi, LLC,    670 Common Way,   Toms River, NJ 08755-6431
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              Daniel E Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
               dstraffi@ecf.epiqsystems.com
              Daniel E Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```