UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI
670 Commons Way
Toms River, NJ 08755
Ph. (732) 341-3800
bktrustee@straffilaw.com

In Re:

Burgos, Luis Vicente

Order Filed on April 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-35354

Chapter: 7

Judge: Christine M. Gravelle

## ORDER AUTHORIZING RETENTION OF

COUNSEL TO CH. 7 TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED: April 17, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain   Straffi & Straffi, LLC
as         counsel for Trustee        , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Straffi & Straffi, LLC
   670 Commons Way
   Toms River, NJ 08755

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*