Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35354−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Vicente Burgos
   146 Porter Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−1973

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on April 27, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 33 − 28
Order Granting Application to Employ Professional Raritan Bay Realty as Real Estate Agent (Related Doc # 28). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/27/2018. (bwj)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 27, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-35354-CMG
Luis Vicente Burgos                                                   Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 27, 2018
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2018.
r              +Raritan Bay Realty,    1314 Englishtown Rd,    Old Bridge, NJ 08857-1580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2018 at the address(es) listed below:
              Daniel E Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
               dstraffi@ecf.epiqsystems.com
              Daniel E Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 4