Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter: 7 |
|---|---|
| Luis Vicente Burgos | Case No.: 17-35354 |
|  | Hearing Date: N/A |
| Debtor(s). | Judge: Hon. Christine M. Gravelle, USBJ |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Justin M. Gillman, Esq., of Gillman & Gillman, LLC will be substituted as attorney of record for Luis Vicente Burgos, Debtor, in this case.[1]

Date:  5/9/2018                    /s/Luis Vicente Burgos
                                   Luis Vicente Burgos
                                   *Pro Se*
                                   Former Attorney

Date: 5/9/2018                     /s/ Justin M. Gillman
                                   Justin M. Gillman, Esq.
                                   Gillman & Gillman, LLC
                                   Substituted Attorney[2]

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.