Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:       | Chapter:    7                          |
|--------------|----------------------------------------|
| Luis Burgos  | Case No.:   17-35354                   |
| Debtor(s).   | Hearing Date: 06/02/2018               |
|              | Judge: Hon. Christine M. Gravelle, USBJ |

CERTIFICATE OF CONSENT REGARDING INTERIM CONSENT ORDER ON TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER COMPELLING LUIS VICENTE BURGOS AND ALL OTHER OCCUPANTS TO VACATE REAL ESTATE PROPERTY AND AUTHORIZING THE TRUSTEE TO CHANGE LOCKS TO ENTRANCE WAYS AND FOR OTHER RELATED RELIEF

   I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

   1. The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

   2. The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

   3. I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

   4. I will make the original consent order available for inspection upon request of the Court or any party in interest; and

     5. Along with the electronic mailing of the consent order and certificate of consent to the presiding judge, I will simultaneously electronically file the certificate of consent.

Dated: <u>June 6, 2018</u>                                            /s/Justin M. Gillman
                                                                                   Justin M. Gillman, Esq.