Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.



Order Filed on June 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter: 7 |
|---|---|
| Luis Burgos | Case No.: 17-35354 |
|  | Hearing Date: 06/12/2018 |
| Debtor(s). | Judge: Hon. Christine M. Gravelle, USBJ |

**INTERIM CONSENT ORDER ON TRUSTEE MOTION FOR THE ENTRY OF AN ORDER COMPELLING LUIS VICENTE BURGOS AND ALL OTHER OCCUPANTS TO VACATE REAL ESTATE PROPERTY AND AUTHORIZING THE TRUSTEE TO CHANGE LOCKS TO ENTRANCE WAYS AND FOR OTHER RELATED RELIEF**

The relief set forth on the following pages, numbers two (2) through three (3) is hereby

ORDERED.

**DATED: June 14, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Luis Burgos
Case No. 17-35354

**INTERIM CONSENT ORDER ON TRUSTEE MOTION FOR THE ENTRY OF AN ORDER COMPELLING LUIS VICENTE BURGOS AND ALL OTHER OCCUPANTS TO VACATE REAL ESTATE PROPERTY AND AUTHORIZING THE TRUSTEE TO CHANGE LOCKS TO ENTRANCE WAYS AND FOR OTHER RELATED RELIEF**

This matter having been brought before the Court by Daniel E. Straffi, Chapter 7 Trustee, for the entry of an order compelling debtor, Luis Vicente Burgos and all other occupants to vacate the property at 53 Frederick Place, Keansburg NJ, to change locks to all entrance ways and for other related relief, Daniel E. Straffi, Esq. appearing; and the Debtor, Luis Vicente Burgos, having filed an Objection to the Motion, Justin Gillman, Esq., Gillman and Gillman, LLC, attorneys for the Debtor; and the parties having subsequently resolved the Objection; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

WHEREAS the Debtor, on or before June 5, 2018, having voluntarily turned over to the Chapter 7 Trustee, the keys to the Property at 53 FREDERICK PLACE Keansburg, NJ 07734, Monmouth County, to allow Trustee to show the Property to potential purchasers.

IT IS HEREBY ORDERED as follows:

1. THAT the Chapter 7 Trustee shall not enter into a Contract for Sale of the Property, seek to conduct a sale of the Property, or seek any Court approval for any sale prior to July 17, 2018.

2 THAT nothing in this Order shall be deemed an admission or waiver of the rights of the Debtor or Trustee in this matter.

3. THAT the Trustee's Motion shall be adjourned to July 17, 2018, at 10:00 AM.

In re: Luis Burgos
Case No. 17-35354

INTERIM CONSENT ORDER ON TRUSTEE MOTION FOR THE ENTRY OF AN ORDER COMPELLING LUIS VICENTE BURGOS AND ALL OTHER OCCUPANTS TO VACATE REAL ESTATE PROPERTY AND AUTHORIZING THE TRUSTEE TO CHANGE LOCKS TO ENTRANCE WAYS AND FOR OTHER RELATED RELIEF

We hereby consent to the form, substance and entry of the within order:

/s/ Justin M. Gillman                                Dated: 6/6/2018
Justin M. Gillman, Esq.
Gillman & Gillman, LLC
Attorney for Debtors


/s/ Daniel E. Straffi                                Dated: 6/6/2018
Daniel E. Straffi
Chapter 7 Trustee