Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

Order Filed on June 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter: 7 |
|---|---|
| Luis Burgos | Case No.: 17-35354 |
|  | Hearing Date: 06/12/2018 |
| Debtor(s). | Judge: Hon. Christine M. Gravelle, USBJ |

### INTERIM CONSENT ORDER ON TRUSTEE MOTION FOR THE ENTRY OF AN ORDER COMPELLING LUIS VICENTE BURGOS AND ALL OTHER OCCUPANTS TO VACATE REAL ESTATE PROPERTY AND AUTHORIZING THE TRUSTEE TO CHANGE LOCKS TO ENTRANCE WAYS AND FOR OTHER RELATED RELIEF

The relief set forth on the following pages, numbers two (2) through three (3) is hereby

ORDERED.

**DATED: June 14, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Luis Burgos
Case No. 17-35354

**INTERIM CONSENT ORDER ON TRUSTEE MOTION FOR THE ENTRY OF AN ORDER COMPELLING LUIS VICENTE BURGOS AND ALL OTHER OCCUPANTS TO VACATE REAL ESTATE PROPERTY AND AUTHORIZING THE TRUSTEE TO CHANGE LOCKS TO ENTRANCE WAYS AND FOR OTHER RELATED RELIEF**

This matter having been brought before the Court by Daniel E. Straffi, Chapter 7 Trustee, for the entry of an order compelling debtor, Luis Vicente Burgos and all other occupants to vacate the property at 53 Frederick Place, Keansburg NJ, to change locks to all entrance ways and for other related relief, Daniel E. Straffi, Esq. appearing; and the Debtor, Luis Vicente Burgos, having filed an Objection to the Motion, Justin Gillman, Esq., Gillman and Gillman, LLC, attorneys for the Debtor; and the parties having subsequently resolved the Objection; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

WHEREAS the Debtor, on or before June 5, 2018, having voluntarily turned over to the Chapter 7 Trustee, the keys to the Property at 53 FREDERICK PLACE Keansburg, NJ 07734, Monmouth County, to allow Trustee to show the Property to potential purchasers.

IT IS HEREBY ORDERED as follows:

1. THAT the Chapter 7 Trustee shall not enter into a Contract for Sale of the Property, seek to conduct a sale of the Property, or seek any Court approval for any sale prior to July 17, 2018.

2. THAT nothing in this Order shall be deemed an admission or waiver of the rights of the Debtor or Trustee in this matter.

3. THAT the Trustee's Motion shall be adjourned to July 17, 2018, at 10:00 AM.

In re: Luis Burgos
Case No. 17-35354

INTERIM CONSENT ORDER ON TRUSTEE MOTION FOR THE ENTRY OF AN ORDER COMPELLING LUIS VICENTE BURGOS AND ALL OTHER OCCUPANTS TO VACATE REAL ESTATE PROPERTY AND AUTHORIZING THE TRUSTEE TO CHANGE LOCKS TO ENTRANCE WAYS AND FOR OTHER RELATED RELIEF

We hereby consent to the form, substance and entry of the within order:

/s/ Justin M. Gillman                                         Dated: 6/6/2018
Justin M. Gillman, Esq.
Gillman & Gillman, LLC
Attorney for Debtors


/s/ Daniel E. Straffi                                          Dated: 6/6/2018
Daniel E. Straffi
Chapter 7 Trustee

United States Bankruptcy Court
District of New Jersey

In re:  
Luis Vicente Burgos  
    Debtor

Case No. 17-35354-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Jun 14, 2018  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.  
db        #+Luis Vicente Burgos,   146 Porter Avenue,   Bergenfield, NJ 07621-3218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                       Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:  
        Daniel E Straffi   on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
        Daniel E Straffi   dstraffi1@comcast.net, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
        Justin M Gillman   on behalf of Debtor Luis Vicente Burgos abgillman@optonline.net, r47252@notify.bestcase.com  
        Rebecca Ann Solarz   on behalf of Creditor   MIDFIRST BANK. rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        TOTAL: 5