Certificate Number: 05781-NJ-DE-031521809

Bankruptcy Case Number: 17-35354



05781-NJ-DE-031521809

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 24, 2018, at 1:41 o'clock PM PDT, Luis Burgos completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 24, 2018                    By:      /s/Allison M Geving

                                           Name:   Allison M Geving

                                           Title:   President