Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–35354–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Vicente Burgos
   146 Porter Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx–xx–1973

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        1/16/19
Time:        10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 29, 2018
JAN: gan

                                                Jeanne Naughton
                                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Luis Vicente Burgos
    Debtor

Case No. 17-35354-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Nov 29, 2018
                            Form ID: 132      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2018.
```
db          +Luis Vicente Burgos,    146 Porter Avenue,    Bergenfield, NJ 07621-3218
acc         +Bederson, LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
r           +Raritan Bay Realty,    1314 Englishtown Rd,    Old Bridge, NJ 08857-1580
517234577  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX  79998)
517625248   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517234579   +Chase Card/ Line of Credit,    PO Box 15298,    Wilmington, DE 19850-5298
517742232   +Michael Burgos,    130 Seaman Ave.,    Beachwood, NJ 08722-2818
517234576   +Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
517743027   +Midland Mortgage Co,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517234580   +Sears/CNBA,    PO Box 6282,    Sioux Falls, SD 57117-6282
517868883   +Straffi & Straffi LLC,    670 Commons Way,    Toms River, NJ 08755-6431
517234581   +The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
517234582   +Universal CD CBNA ATT,    PO Box 6241,    Sioux Falls, SD 57117-6241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 30 2018 00:45:20     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 30 2018 00:45:18     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517513572    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 30 2018 00:42:15
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517234578   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 30 2018 00:41:16     Capital One Bank USA,
             PO Box 30281,   Salt Lake City, UT 84130-0281
517635785    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2018 00:43:24
             Portfolio Recovery Associates, LLC,   c/o BP,   POB 41067,   Norfolk VA 23541
517261726   +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2018 00:42:07     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Daniel E Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E Straffi bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Justin M Gillman    on behalf of Debtor Luis Vicente Burgos abgillman@optonline.net,
               r47252@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```