Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 17-35354 / CMG**

Luis Vicente Burgos

Petition Filed Date: 12/18/2017  
341 Hearing Date: 09/27/2018  
Confirmation Date:

Case Status: Converted to 13 - Unconfirmed on 1/ 1/1900

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/18/2018 | $300.00 | 25066044718 | 10/29/2018 | $300.00 | 25066161527 | 11/30/2018 | $300.00 | 25066169280 |
| 12/28/2018 | $300.00 | 25066177413 | | | | | | |

**Total Receipts for the Period: $1,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Luis Vicente Burgos | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,526.57 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $4,433.97 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $6,365.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $6,971.77 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BP | Unsecured Creditors | $108.83 | $0.00 | $0.00 |
| 0 | JUSTIN M GILLMAN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 6 | MICHAEL BURGOS | Secured Creditors | $21,460.35 | $0.00 | $0.00 |
| 7 | MICHAEL BURGOS | Unsecured Creditors | $17,500.00 | $0.00 | $0.00 |
| 8 | DANIEL E STRAFFI ESQ<br>»» ORDER 11/8/18 | Other Administrative Fees | $6,084.57 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-35354 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,200.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $82.50 | Arrearages: | $0.00 |
| Funds on Hand: | $1,117.50 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**