Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                 Case No.:  17−35354−CMG
                 Chapter:  13
                 Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Vicente Burgos
   146 Porter Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−1973

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     3/6/19
Time:     12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Justin M. Gillman, Esq., Debtors Attorney

COMMISSION OR FEES
$8,430.00

EXPENSES
$79.00

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: February 8, 2019
JAN:

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Luis Vicente Burgos
    Debtor

Case No. 17-35354-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 08, 2019
                          Form ID: 137    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2019.
```
db              +Luis Vicente Burgos,    146 Porter Avenue,     Bergenfield, NJ 07621-3218
acc             +Bederson, LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
r               +Raritan Bay Realty,    1314 Englishtown Rd,    Old Bridge, NJ 08857-1580
517234577      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX  79998)
517625248       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517234579       +Chase Card/ Line of Credit,    PO Box 15298,    Wilmington, DE 19850-5298
517742232       +Michael Burgos,    130 Seaman Ave.,    Beachwood, NJ 08722-2818
517234576       +Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
517743027       +Midland Mortgage Co,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517234580       +Sears/CNBA,    PO Box 6282,    Sioux Falls, SD 57117-6282
517868883       +Straffi & Straffi LLC,    670 Commons Way,    Toms River, NJ 08755-6431
517234581       +The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
517234582       +Universal CD CBNA ATT,    PO Box 6241,    Sioux Falls, SD 57117-6241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2019 00:40:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2019 00:40:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517513572        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 09 2019 00:37:28
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517234578       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 09 2019 00:36:56      Capital One Bank USA,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
517635785        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2019 00:37:00
                 Portfolio Recovery Associates, LLC,    c/o BP,    POB 41067,    Norfolk VA 23541
517261726       +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2019 00:37:21      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Daniel E Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Justin M Gillman    on behalf of Debtor Luis Vicente Burgos ecf@gbclawgroup.com,
               r47252@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```