| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>_____<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Gillman, Burton & Capone, LLC**<br>**770 Amboy Avenue**<br>**Edison, New Jersey 08837**<br>**(732) 661-1664**<br>**Attorney for Debtors**<br>**By: Justin M. Gillman, Esq.** | Order Filed on March 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Luis Burgos<br><br>          Debtor(s) | Case No.: 17-35354<br><br>Chapter:        13<br><br>Judge: Hon. Christine M. Gravelle, U.S.B.J. |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 8, 2019**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

-1-

In re:   Luis Burgos
Case No. 17-35354

---

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

IT IS ORDERED as follows:

1.  THAT the Applicant, Justin M. Gillman, Esq., is allowed a fee of $8,430.00 for services rendered and expenses in the amount of $79.00 for a total of $8,509.00.

2.  THAT the sum of $6,509.00, representing the total allowed fees of $8,509.00, less the $2,000.00 payment received from the Debtor outside the Plan shall be paid through the Chapter 13 Plan as an administrative priority.