UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Gillman, Burton & Capone, LLC**
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

In Re:

Luis Burgos

    Debtor(s)

Order Filed on March 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-35354

Chapter: 13

Judge: Hon. Christine M. Gravelle, U.S.B.J.

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:   Luis Burgos
Case No. 17-35354

_____

The Applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

IT IS ORDERED as follows:

1. THAT the Applicant, Justin M. Gillman, Esq., is allowed a fee of $8,430.00 for services rendered and expenses in the amount of $79.00 for a total of $8,509.00.

2. THAT the sum of $6,509.00, representing the total allowed fees of $8,509.00, less the $2,000.00 payment received from the Debtor outside the Plan shall be paid through the Chapter 13 Plan as an administrative priority.

United States Bankruptcy Court
District of New Jersey

In re:  
Luis Vicente Burgos  
    Debtor

Case No. 17-35354-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 08, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.  
db           +Luis Vicente Burgos,    146 Porter Avenue,    Bergenfield, NJ 07621-3218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Daniel E Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,  
         G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep  
         iqsystems.com  
         Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com,  
         G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
         Justin M Gillman    on behalf of Debtor Luis Vicente Burgos ecf@gbclawgroup.com,  
         5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
         Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK. rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 6