Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–35354–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Luis Vicente Burgos
146 Porter Avenue
Bergenfield, NJ 07621

Social Security No.:
    xxx–xx–1973

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 31, 2019.

On 2/4/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                    March 18, 2020
Time:                    10:00 AM
Location:               Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 5, 2020
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-35354-CMG
Luis Vicente Burgos                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 05, 2020
                             Form ID: 185              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db            +Luis Vicente Burgos,    146 Porter Avenue,    Bergenfield, NJ 07621-3218
acc           +Bederson, LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
r             +Raritan Bay Realty,    1314 Englishtown Rd,    Old Bridge, NJ 08857-1580
517234577    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX  79998)
517625248     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517234579     +Chase Card/ Line of Credit,    PO Box 15298,    Wilmington, DE 19850-5298
517742232     +Michael Burgos,    130 Seaman Ave.,    Beachwood, NJ 08722-2818
517234576     +Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
517743027     +Midland Mortgage Co,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517234580     +Sears/CNBA,    PO Box 6282,    Sioux Falls, SD 57117-6282
517868883     +Straffi & Straffi LLC,    670 Commons Way,    Toms River, NJ 08755-6431
517234581     +The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
517234582     +Universal CD CBNA ATT,    PO Box 6241,    Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2020 00:21:57     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2020 00:21:54     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517513572      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 06 2020 00:27:23
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517234578     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 06 2020 00:29:11     Capital One Bank USA,
               PO Box 30281,    Salt Lake City, UT 84130-0281
517635785      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 00:28:18
               Portfolio Recovery Associates, LLC,    c/o BP,    POB 41067,    Norfolk VA 23541
517261726     +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 00:27:18     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                        TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                          Signature:   /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Daniel E Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Justin M Gillman    on behalf of Debtor Luis Vicente Burgos ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
              Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7