| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-35354 / CMG**

Luis Vicente Burgos
146 Porter Avenue
Bergenfield  NJ    07621

Petition Filed Date: 12/18/2017
341 Hearing Date: 09/27/2018
Confirmation Date: 01/16/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2019 | $300.00 | 25492474980 | 02/26/2019 | $300.00 | 25066191396 | 03/26/2019 | $300.00 | 25525429571 |
| 04/25/2019 | $300.00 | 25525433362 | 05/23/2019 | $300.00 | 25525441113 | 06/25/2019 | $300.00 | 25525451654 |
| 07/23/2019 | $300.00 | 25525460248 | 08/28/2019 | $300.00 | 25525469970 | 09/24/2019 | $300.00 | 26170204061 |
| 10/22/2019 | $300.00 | 26170210721 | 11/26/2019 | $300.00 | 26170211788 | 12/27/2019 | $300.00 | 26170228247 |

**Total Receipts for Period:  $3,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Luis Vicente Burgos | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,526.57 | $0.00 | $2,526.57 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $4,433.97 | $0.00 | $4,433.97 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $6,365.00 | $0.00 | $6,365.00 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $6,971.77 | $0.00 | $6,971.77 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BP | Unsecured Creditors | $108.83 | $0.00 | $108.83 |
| | Justin M. Gillman, Esq.<br>»»  ORDER 3/8/19 | Attorney Fees | $6,509.00 | $3,110.70 | $3,398.30 |
| 6 | MICHAEL BURGOS | Secured Creditors<br>No Disbursements: Pending Sale / Refi | $21,460.35 | $0.00 | $21,460.35 |
| 7 | MICHAEL BURGOS | Unsecured Creditors<br>No Disbursements: Pending Sale / Refi | $17,500.00 | $0.00 | $17,500.00 |
| 8 | Daniel Straffi, Esq.<br>»»  ORDER 11/8/18 | Other Administrative Fees | $6,084.57 | $1,396.50 | $4,688.07 |

**Chapter 13 Case No. 17-35354 / CMG**

|  | **SUMMARY** |  |  |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 2/10/2020: | | | |
| Total Receipts: | $5,100.00 | Plan Balance: | $10,232.00  ** |
| Paid to Claims: | $4,507.20 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $314.40 | Arrearages: | $300.00 |
| Funds on Hand: | $278.40 | Total Plan Base: | $15,332.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**