UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                    Case No.:        17-35354

Luis Burgos                                               Chapter:         13

                                                          Judge:           CMG

## NOTICE OF PROPOSED PRIVATE SALE

Luis Burgos, Debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk of the U.S. Bankruptcy Court
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle, USBJ on June 17, 2020 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 3, 402 East State Street, Trenton NJ. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  Debtor's Property
53 Frederick Place,
Keansburg, New Jersey 07734
Tax Lot 33, Tax Block 173

Proposed Purchaser:  Michael Burgos

Sale price: $50,000.00
Debtor filing Motion for Authorization of Sale pursuant to Section 363

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Gillman, Bruton & Capone, LLC

Amount to be paid:  $1,500.00

Services rendered:

Real Estate Attorney is Edward Bruton, Esq., Gillman, Bruton & Capone, LLC, also counsel for the Debtor in this case. Fee for real estate representation ($1,500.00) will be sought through Fee Application filed by counsel for Debtors.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Justin Gillman, Esq.

Address: 770 Amboy Avenue, Edison, NJ 08837

Telephone No.: 732-661-1664

*rev.8/1/15*