UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Luis Burgos

Case No.: 17-35354
Chapter: 13
Judge: CMG

### NOTICE OF PROPOSED PRIVATE SALE

__Luis Burgos__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the U.S. Bankruptcy Court
U.S. Courthouse
402 East State Street
Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, USBJ__ on __June 17, 2020__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street, Trenton NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | Debtor's Property
53 Frederick Place,
Keansburg, New Jersey 07734
Tax Lot 33, Tax Block 173 |
|---|---|

| Proposed Purchaser: | Michael Burgos |
|---|---|

| Sale price: | $50,000.00
Debtor filing Motion for Authorization of Sale pursuant to Section 363 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Gillman, Bruton & Capone, LLC |
|---|---|
| Amount to be paid: | $1,500.00 |
| Services rendered: | Real Estate Attorney is Edward Bruton, Esq., Gillman, Bruton & Capone, LLC, also counsel for the Debtor in this case. Fee for real estate representation ($1,500.00) will be sought through Fee Application filed by counsel for Debtors. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Justin Gillman, Esq.

Address: 770 Amboy Avenue, Edison, NJ 08837

Telephone No.: 732-661-1664

*rev.8/1/15*

2

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                    Case No. 17-35354-CMG
Luis Vicente Burgos                                       Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin            Page 1 of 1         Date Rcvd: May 21, 2020
                              Form ID: pdf905        Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db             +Luis Vicente Burgos,   146 Porter Avenue,   Bergenfield, NJ 07621-3218
acc            +Bederson, LLP,   347 Mt. Pleasant Avenue,   West Orange, NJ 07052-2749
r              +Raritan Bay Realty,   1314 Englishtown Rd,   Old Bridge, NJ 08857-1580
517234577     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX  79998)
517625248      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517234579      +Chase Card/ Line of Credit,   PO Box 15298,   Wilmington, DE 19850-5298
517742232      +Michael Burgos,   130 Seaman Ave.,   Beachwood, NJ 08722-2818
517234576      +Midland Mortgage,   PO Box 268959,   Oklahoma City, OK 73126-8959
517743027      +Midland Mortgage Co,   999 NW Grand Blvd,   Oklahoma City, OK 73118-6051
517234580      +Sears/CNBA,   PO Box 6282,   Sioux Falls, SD 57117-6282
517868883      +Straffi & Straffi LLC,   670 Commons Way,   Toms River, NJ 08755-6431
517234581      +The Home Depot,   PO Box 6497,   Sioux Falls, SD 57117-6497
517234582      +Universal CD CBNA ATT,   PO Box 6241,   Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 21 2020 23:28:54     U.S. Attorney,  970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2020 23:28:51     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
517513572       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 21 2020 23:30:11
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517234578      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 21 2020 23:30:12     Capital One Bank USA,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
517635785       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2020 08:43:36
                 Portfolio Recovery Associates, LLC,   c/o BP,   POB 41067,   Norfolk VA 23541
517261726      +E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 23:31:31     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Daniel E Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Justin M Gillman    on behalf of Debtor Luis Vicente Burgos ecf@gbclawgroup.com,
           R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```