UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-35354

Luis Vicente Burgos

Chapter: 13

Judge: Gravelle

Debtor(s)

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☒ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
53 Frederick Place, Keansburg, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 6/11/2020                    By: Gary A. Nau

*rev.2/10/17*