Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35354−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Vicente Burgos
   146 Porter Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−1973

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 28, 2020.

On January 28, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:          March 3, 2021
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 1, 2021
JAN: llb

                                                          Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Luis Vicente Burgos  
    Debtor

Case No. 17-35354-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Feb 01, 2021      Form ID: 185      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Vicente Burgos, 146 Porter Avenue, Bergenfield, NJ 07621-3218 |
| acc | + | Bederson, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| r | + | Raritan Bay Realty, 1314 Englishtown Rd, Old Bridge, NJ 08857-1580 |
| 517234577 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 517625248 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517234579 | + | Chase Card/ Line of Credit, PO Box 15298, Wilmington, DE 19850-5298 |
| 517742232 | + | Michael Burgos, 130 Seaman Ave., Beachwood, NJ 08722-2818 |
| 517234576 | + | Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 517743027 | + | Midland Mortgage Co, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517234580 | + | Sears/CNBA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517868883 | + | Straffi & Straffi LLC, 670 Commons Way, Toms River, NJ 08755-6431 |
| 517234581 | + | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517234582 | + | Universal CD CBNA ATT, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2021 01:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2021 01:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517513572 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 03:54:33 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517234578 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 03:54:33 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517234576 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 02 2021 03:50:44 | Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 517743027 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 02 2021 03:52:35 | Midland Mortgage Co, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517635785 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 03:50:50 | Portfolio Recovery Associates, LLC, c/o BP, POB 41067, Norfolk VA 23541 |
| 517234580 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2021 03:52:57 | Sears/CNBA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517261726 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 03:54:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517234581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2021 03:52:58 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 01, 2021 | Form ID: 185 | Total Noticed: 19 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:

**Name**  **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Daniel E Straffi
on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Daniel E. Straffi
on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

Justin M Gillman
on behalf of Debtor Luis Vicente Burgos ecf@gbclawgroup.com
R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Rebecca Ann Solarz
on behalf of Creditor MIDFIRST BANK. rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7