Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−35354−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Vicente Burgos
   146 Porter Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−1973

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 5, 2021.

Dated: March 5, 2021
JAN: dmi

                                                                             Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Luis Vicente Burgos  
    Debtor

Case No. 17-35354-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Mar 05, 2021      Form ID: plncf13      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Vicente Burgos, 146 Porter Avenue, Bergenfield, NJ 07621-3218 |
| acc | + | Bederson, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| r | + | Raritan Bay Realty, 1314 Englishtown Rd, Old Bridge, NJ 08857-1580 |
| 517234577 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 517625248 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517234579 | + | Chase Card/ Line of Credit, PO Box 15298, Wilmington, DE 19850-5298 |
| 517742232 | + | Michael Burgos, 130 Seaman Ave., Beachwood, NJ 08722-2818 |
| 517868883 | + | Straffi & Straffi LLC, 670 Commons Way, Toms River, NJ 08755-6431 |
| 517234582 | + | Universal CD CBNA ATT, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 05 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 05 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517513572 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 05 2021 22:05:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517234578 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 05 2021 22:06:26 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517234576 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Mar 05 2021 22:05:18 | Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 517743027 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Mar 05 2021 22:07:36 | Midland Mortgage Co, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517635785 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 05 2021 22:06:31 | Portfolio Recovery Associates, LLC, c/o BP, POB 41067, Norfolk VA 23541 |
| 517234580 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2021 22:07:52 | Sears/CNBA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517261726 | | Email/PDF: gecsedi@recoverycorp.com | Mar 05 2021 22:06:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517234581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2021 22:05:34 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 10

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: plncf13 | Total Noticed: 19 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021          Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian W. Hofmeister | on behalf of Creditor Michael Burgos bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Daniel E Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Justin M Gillman | on behalf of Debtor Luis Vicente Burgos ecf@gbclawgroup.com<br>R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8