Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–35354–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Vicente Burgos
   146 Porter Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx–xx–1973

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:        5/19/21
Time:        12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Justin M. Gillman, Debtor's Attorney

COMMISSION OR FEES
Fees: $6,937.50

EXPENSES
$100.00

---

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 12, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 17-35354-CMG

Luis Vicente Burgos                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                              Page 1 of 2

Date Rcvd: Apr 12, 2021                     Form ID: 137                             Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Luis Vicente Burgos, 146 Porter Avenue, Bergenfield, NJ 07621-3218 |
| acc | + | Bederson, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| r | + | Raritan Bay Realty, 1314 Englishtown Rd, Old Bridge, NJ 08857-1580 |
| 517234577 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 517625248 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517234579 | + | Chase Card/ Line of Credit, PO Box 15298, Wilmington, DE 19850-5298 |
| 517742232 | + | Michael Burgos, 130 Seaman Ave., Beachwood, NJ 08722-2818 |
| 517868883 | + | Straffi & Straffi LLC, 670 Commons Way, Toms River, NJ 08755-6431 |
| 517234582 | + | Universal CD CBNA ATT, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2021 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2021 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517513572 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 12 2021 20:48:04 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517234578 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 12 2021 20:48:37 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517234576 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Apr 12 2021 20:47:31 | Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 517743027 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Apr 12 2021 20:48:03 | Midland Mortgage Co, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517635785 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2021 20:47:35 | Portfolio Recovery Associates, LLC, c/o BP, POB 41067, Norfolk VA 23541 |
| 517234580 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2021 21:38:31 | Sears/CNBA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517261726 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2021 20:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517234581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2021 21:37:34 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 10

District/off: 0312-3                     User: admin                          Page 2 of 2
Date Rcvd: Apr 12, 2021                  Form ID: 137                         Total Noticed: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2021                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian W. Hofmeister | on behalf of Creditor Michael Burgos bwh@hofmeisterfirm.com  j119@ecfcbis.com |
| Daniel E Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Justin M Gillman | on behalf of Debtor Luis Vicente Burgos ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8