| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br>Justin Gillman, Esq.<br>770 Amboy Avenue<br>Edison, NJ 08837<br>Phone #732-661-1664 | Order Filed on May 20, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Luis Burgos | Case No.: <u>17-35354-CMG</u><br><br>Chapter: 13<br><br>Judge: <u>Christine M. Gravelle</u> |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 20, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4816-7833-3925, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____6,937.50_____ for services rendered and expenses in the amount of $_____100.00_____ for a total of $_____7,037.50_____. The allowance is payable:

☒   $ __7,037.50__   through the Chapter 13 plan as an administrative priority.

☒   $ ____0____   outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a___ months to allow for payment of the above fee.

*rev.8/1/15*

2

4816-7833-3925, v. 1