Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35354−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Luis Vicente Burgos
  146 Porter Avenue
  Bergenfield, NJ 07621

Social Security No.:
  xxx−xx−1973

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 15, 2023</u>　　　　　　　<u>Christine M. Gravelle</u>
　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court